**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY DIMASI,

    Plaintiff,     CASE NO.: 8:20-cv-00914

vs.

BRIDGE REAL ESTATE GROUP, LLC

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, through his undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby voluntarily dismisses this action with prejudice, with each party is to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the Settlement Agreement. Dated this 5th day of June, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system and emailed a copy of same to counsel for Defendant, Erin Centrone, Cole, Scott, & Kissane, P.A., 4301 West Boy Scout Boulevard, Suite 400, Tampa, Florida 33607, Erin.Centrone@csklegal.com, Kiara.Stubbs@csklegal.com.

    /s/ *April S. Goodwin*
    APRIL S. GOODWIN, ESQ.
    FLORIDA BAR NO: 0502537
    The Goodwin Firm
    801 West Bay Drive, Suite 705
    Largo, FL 33770
    Attorney for Plaintiff
    (727) 316.5333
    april@goodwin-firm.com